# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JAMES L PADGETT, JR,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | CIVIL No: 5:24-CV-238-CAR-CHW |
| | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Presently pending before the Court is the Report and Recommendation of the United States Magistrate Judge recommending the dismissal of this case as duplicative (ECF No. 7). In light of this Recommendation, the parties are relieved of their obligation to comply with the July 22, 2024 Order regarding their proposed scheduling and discovery order (ECF No. 3) until further order of the Court directing such compliance.

**SO ORDERED**, this 5th day of September, 2024.

       s/ C. Ashley Royal
       C. ASHLEY ROYAL, SENIOR JUDGE
       UNITED STATES DISTRICT COURT